## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-08067-CR-HURLEY

UNITED STATES OF AMERICA,
   Plaintiff,

v.

ZACHARIAH JONES,
   Defendant.

-------------------------------------------/

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND JUDGMENT & COMMITMENT ORDER
### UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE was before the court for sentencing on November 13, 2008. The above

named defendant, having been placed on supervised release pursuant to the Sentencing Reform Act

of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United

States Magistrate Judge. For that reason and the reasons stated on the record, it is

   ORDERED and ADJUDGED that:

   1. The Magistrate Judge's report and recommendation are **adopted**.

   2. The term and conditions of supervised release are **revoked** and the defendant is hereby

committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **90**

**days.**

   3. Upon the completion of this term of imprisonment, supervision shall be terminated.

   DONE and SIGNED in Chambers at West Palm Beach, Florida this _13th_ day of

November, 2008.

**copy furnished:**
AUSA Kimberly Dunn-Abel
AFPD Jonathan Pinoli
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge